United States District Court
Southern District of Texas
**ENTERED**
October 27, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| JOHNNY RAY JOHNSON, HCJ 0613258,     Plaintiff, | § § § § | |
| versus | § § | CIVIL ACTION 17-CV-2220 |
| HARRIS COUNTY JAIL, et al.,     Defendants. | § § § | |

## Opinion on Dismissal

Johnny Ray Johnson sues for civil rights violations. He is held in jail. Johnson has not paid the filing fee. He has sued at least three times in the federal courts in Texas. The district court dismissed three of his lawsuits as frivolous or for failure to state a claim. *See Johnson* v. *Thaler*, No. 3:11cv142 (S.D. Tex.); *Johnson v. Watkins*, No. 3:11cv2791 (N.D. Tex.); and *Johnson v. Valdez*, No. 3:09cv1446 (N.D. Tex.). When Johnson sued in those cases, he was in prison. The court dismissed Johnson's three other cases before he filed this case.

A prisoner may not bring a case in federal court as a pauper if, while in prison, he brought three actions that were dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Johnson's allegations do not show that he is under imminent danger of serious physical injury.

This complaint is dismissed. Johnson may refile his complaint on paying the filing fee.

Signed October 27, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge